# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARRIS,<br><br>       Petitioner,<br><br>   v.<br><br>J. SOTO, Warden,<br><br>       Respondent. | **Case No. CV 15-00352 BRO (RAO)**<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 3, 2016

_____

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE